## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 432 EAL 2023

                                  Respondent   :

  :   Petition for Allowance of Appeal

  :   from the Order of the Superior Court

                 v.   :

DERRICK WALKER,   :

                                  Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 433 EAL 2023

                                  Respondent   :

  :   Petition for Allowance of Appeal

  :   from the Order of the Superior Court

                 v.   :

DERRICK WALKER,   :

                                  Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 434 EAL 2023

                                  Respondent   :

  :   Petition for Allowance of Appeal

  :   from the Order of the Superior Court

                 v.   :

DERRICK WALKER,   :

                                  Petitioner   :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

(1) Where this Court has previously split on the issue, what test should be employed in determining when 'other act' evidence satisfies the 'common plan' exception under Pa.R.E. 404(b); and under any of the possible tests approved by this Court, did the lower courts err by applying such a diluted standard that they improperly admitted prohibited propensity evidence under the guise of 'common plan'?

(2) Is the admission of a rape kit report by a forensic nurse after a forensic examination without any testimony by that nurse a violation of the Confrontation Clause and inadmissible hearsay?